IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, | No. 2:10-cv-02411-MCE-EFB |
| Plaintiff, | |
| vs. | |
| B.I.G. HILLTOP, LLC, | |
| Defendant. / | |
| SCOTT N. JOHNSON, | No. 2:11-cv-00643-KJM-EFB |
| Plaintiff, | |
| vs. | |
| B.I.G. COLLEGE GLEN, LLC, | |
| Defendant. / | |
| SCOTT N. JOHNSON, | No. 2:11-cv-00982-KJM-DAD |
| Plaintiff, | |
| vs. | RELATED CASE ORDER |
| B.I.G. GARDEN CLUB, LLC, | |
| Defendant. / | |

1

1   It has come to the court's attention that defendant in the case captioned 2:11-cv-00643
2   has filed a notice of related cases.[1]  Examination of the above-captioned actions reveals that they
3   are related within the meaning of Local Rule 123(a).  These actions involve essentially the same
4   parties, are based on similar claims, and involve similar questions of fact and law.  Accordingly,
5   the assignment of these matters to the same judge is likely to effect a substantial savings of
6   judicial effort and is likely to be convenient for the parties.

7   As a result, it is hereby ORDERED that No. 2:10-cv-02411-MCE-EFB is reassigned from
8   the undersigned to District Judge Kimberly J. Mueller and that No. 2:11-cv-00982-KJM-DAD is
9   reassigned from Magistrate Judge Drozd to Magistrate Judge Edmund F. Brennan.  Henceforth,
10  the caption on documents filed in No. 2:10-cv-02411 MCE-EFB shall be shown as: No. 2:10-cv-
11  02411-KJM-EFB; and the caption on documents filed in No. 2:11-cv-00982-KJM-DAD shall be
12  shown as: No. 2:11-cv-00982-KJM-EFB.

13  It is further ORDERED that the Clerk of the Court make appropriate adjustment in the
14  assignment of civil cases to compensate for this reassignment.

15  IT IS SO ORDERED.

Dated: July 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The court notes that defendant incorrectly filed the notice of related cases in only one of the above-captioned actions.